IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff/<br>          Respondent,<br><br>     vs.<br><br>NEIL PARIS SUGARMAN,<br><br>          Defendant/<br>          Petitioner. | No. CR-F-95-5018 REC<br><br>ORDER DENYING PETITIONER'S<br>"MOTION TO TAKE LEAVE TO<br>FILE A PETITION PURSUANT TO<br>28 U.S.C. § 2255" |

On April 24, 2006, petitioner Neil Paris Sugarman filed a "Motion to Take Leave to File a Petition Pursuant to 28 U.S.C. § 2255." Attached to petitioner's motion is a copy of an Order filed in the Ninth Circuit in Sugarman v. United States, No. 05-76812, wherein the Ninth Circuit ordered in pertinent part:

> A review of the record shows the district court dismissed petitioner's first habeas corpus petition for failure to state a cognizable claim. A federal habeas petition filed after an earlier petition has been dismissed for technical or procedural reasons is not a second or successive petition. *See*

1

|   |   |
|---|---|
| 1 | *Slack v. McDaniel,* 529 U.S. 473 (2000). Moreover, the district court has informed petitioner that he may proceed by refiling his claims pursuant to 42 U.S.C. § 1983, rather than filing a federal habeas petition. Accordingly, the application for authorization to file a second or successive 28 U.S.C. § 2254 habeas petition in the district court is denied as unnecessary. |

Petitioner, who is federal prisoner, advises that he intends to file a Section 2255 motion attacking his conviction and sentence, that he filed a motion for clarification with the Ninth Circuit on March 6, 2006 to reflect the correct information and to clarify what kind of civil action petitioner is being allowed to file, and that his motion for clarification remains under submission with the Ninth Circuit.  In his instant motion, petitioner moves this court for permission to file a Section 2255 motion, stating that "[s]ince time is of the essence and Petitioner does <u>not</u> want to file a § 2255 motion until it is clarified if that this the correct vehicle to file at this time and based on the Ninth Circuit's Order."

   If petitioner believes that he is entitled to file a motion for relief pursuant to 28 U.S.C. § 2255, petitioner can file that motion without permission from this court, setting forth in that motion the grounds for relief and why petitioner believes he is entitled to raise them at this juncture, notwithstanding the denial by this court of his Section 2255 motion by Order filed on June 10, 1997 and the denial by this court of petitioner's petition for writ of error coram nobis by Order filed on July 31, 1998.  Because the court has no information concerning the

2

1  content of petitioner's request to the Ninth Circuit in No. 05-
2  76812 and no information concerning the grounds upon which
3  petitioner intends to base his Section 2255 motion, the court
4  cannot and does not express any opinion with regard to the
5  procedural or substantive merits of any claims petitioner may
6  have.
7       ACCORDINGLY:
8       1.  Petitioner Neil Sugarman's "Motion to Take Leave to File
9  a Petition Pursuant to 28 U.S.C. § 2255" is denied.
10      IT IS SO ORDERED.
11 **Dated:  April 25, 2006**              **/s/ Robert E. Coyle**
   668554                                  UNITED STATES DISTRICT JUDGE