# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**NEIL PARIS SUGARMAN,**

CASE NO: **1:06–CV–00636–AWI**

v.

**USA,**

_____

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 06/23/2006**

**Jack L. Wagner**
Clerk of Court

ENTERED:  **June 27, 2006**

by:  /s/  S. Martin_____
Deputy Clerk