PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>NEIL PARIS SUGARMAN,<br><br>                              Defendant. | CASE NO.  1:19CR5018<br><br>GOVERNMENT'S MOTION TO DISMISS AND ORDER |

With the concurrence of the U.S. Probation Office, the United States of America, by and through its undersigned counsel, hereby moves to dismiss without prejudice the above-captioned supervised release violation petition to allow for his prosecution in Tulare County Superior Court case VCF251713 alleging violation of California Penal Code Section 211, 2nd Degree Robbery.

It is further requested that the status conference set on February 28, 2022, be vacated.

Dated:  February 24, 2022

PHILLIP A. TALBERT
United States Attorney

By:  _/s/ KAREN A. ESCOBAR_
KAREN A. ESCOBAR
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **February 25, 2022**

UNITED STATES DISTRICT JUDGE