ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 559-4000
Facsimile:  (559) 559-4099


Attorneys for the
United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:95-cr-05018-JLT |
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND ORDER FOR DISMISSAL |
| NEIL PARIS SUGARMAN, | |
| Defendant. | |

The United States now moves to dismiss the Petition for Warrant for Person Under Supervision in the above captioned case filed on January 13, 2023 (Doc. 114), without prejudice in the interest of justice.  The United States Probation Office concurs with the requestion motion.


Dated:  April 17, 2026                                     ERIC GRANT
                                                                        United States Attorney

                                                      By:    /s/  Antonio J. Pataca
                                                                ANTONIO J. PATACA
                                                                Assistant U.S. Attorney

1

Order

The Court hereby orders that the Petition for Warrant for Person Under Supervision, filed on January 13, 2023 (Doc. 114) in case number 1:95-CR-05018-JLT, be UNSEALED and DISMISSED WITHOUT PREJUDICE. The warrant shall be recalled forthwith.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

UNITED STATES DISTRICT JUDGE